HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TEE TURTLE, LLC, a Missouri limited liability company,<br><br>    Defendant. | Case No. 2:15-cv-1419-RSL<br><br>ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT |

This matter came before the Court on the Motion of Jeffrey Huang, Attorney at Law, to withdraw as counsel for Defendant Tee Turtle, LLC in this matter pursuant to GR 2(g)(4)(A). Dkt. # 44. The Court has considered the pleadings and papers filed in connection with said motion and all other matters before the Court.

Therefore, IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated this 27th day of June, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge