HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEE TURTLE, LLC, a Missouri limited liability company,<br><br>Defendant. | Case No. 2:15-cv-1419-RSL<br><br>STIPULATED MOTION TO STAY PROCEEDINGS TO PURSUE SETTLEMENT<br><br>NOTE ON MOTION CALENDAR:<br>August 8, 2017 |

Pursuant to Fed. R. Civ. P. 7, LCR 7(d)(1), and LCR 10(g), Plaintiff The Pokémon Company International, Inc. ("TPCi") and Defendant Tee Turtle, LLC (collectively, "the Parties"), respectfully submit this stipulated motion to stay proceedings for thirty (30) days to pursue settlement.

At the conclusion of a mediation held on July 13, 2017, the Parties executed a term sheet containing binding settlement terms. A draft settlement agreement was subsequently prepared, and the Parties are presently working to finalize that agreement. However, the Parties require more time to continue their settlement efforts. A stay of proceedings will accommodate the

STIPULATED MOTION TO STAY PROCEEDINGS – 1
(Case No. 2:15-cv-1419-RSL)

amicable resolution of this matter and will serve the interests of preserving both judicial and the Parties' resources. The Parties anticipate that the settlement process will be completed within the next thirty (30) days.

Therefore, the Parties respectfully request that the Court enter an order:

1. Staying the proceedings to allow the Parties to conclude settlement negotiations; and

2. Requiring the Parties to file a Joint Status Report or a stipulation of dismissal with the Court within 30 days from the date of the order to stay proceedings.

Respectfully submitted: August 8, 2017

| DORSEY & WHITNEY LLP | FOCAL PLLC |
|---|---|
| By: /s/ J. Michael Keyes<br>J. Michael Keyes (WSBN 29215)<br>keyes.mike@dorsey.com<br>David H. Tseng (WSBN 48334)<br>Tseng.david@dorsey.com<br>Dorsey & Whitney LLP<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104<br>Phone: (206) 903 8800<br>Fax: (206) 903 8820<br><br>ATTORNEYS FOR DEFENDANT<br>TEE TURTLE, LLC | By: /s/ Stacia Lay<br>Venkat Balasubramani, WSBA #28269<br>Stacia N. Lay, WSBA #30594<br>900 1st Avenue South, Suite 201<br>Seattle, Washington 98134<br>Tel: (206) 529-4827<br>Fax: (206) 260-3966<br>Email: venkat@focallaw.com<br>Email: stacia@focallaw.com<br><br>ATTORNEYS FOR PLAINTIFF THE<br>POKÉMON COMPANY<br>INTERNATIONAL, INC. |

**IT IS SO ORDERED.**

DATED: Aug. 16, 2017

/s/ Robert S. Lasnik

The Honorable Robert S. Lasnik
United States District Court Judge