HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TEE TURTLE, LLC, a Missouri limited liability company,<br><br>    Defendant. | Case No. 2:15-cv-1419-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL |

Pursuant to FED. R. CIV. P. 41(a), it is hereby stipulated and agreed, by and among Plaintiff The Pokémon Company International, Inc. ("TPCi") and Defendant Tee Turtle, LLC ("Tee Turtle"), through their undersigned counsel of record, as follows:

1. Plaintiff TPCi's Complaint against Defendant Tee Turtle is dismissed with prejudice.

2. The parties shall bear their own attorneys' fees and costs.

SO STIPULATED TO AND AGREED BY:

| | |
|---|---|
| Dated: September 29, 2017 | Dated: September 29, 2017 |
| FOCAL PLLC | DORSEY & WHITNEY LLP |
| By: *s/Venkat Balasubramani*<br>    *s/ Stacia N. Lay*<br>Venkat Balasubramani, WSBA #28269<br>Stacia N. Lay, WSBA #30594<br>900 1st Avenue S., Suite 201 | By: *s/J. Michael Keyes*<br>J. Michael Keyes WSBA #29215<br>David H. Tseng WSBA #48334<br>Brian Janura WSBA #50213<br>Leaf Williams WSBA #51705 |

STIPULATION AND ORDER OF DISMISSAL
(Case No. 2:15-cv-1419-RSL) – 1

Seattle, Washington 98134  
Tel: (206) 529-4827  
Fax: (206) 260-3966  
Email: venkat@focallaw.com  
Email: stacia@focallaw.com  

Attorneys for Plaintiff The Pokémon Company International, Inc.

701 Fifth Avenue, Suite 6100  
Seattle, Washington 98104  
Tel: (206) 903 8800  
Fax: (206) 903 8820  
Email: keyes.mike@dorsey.com  
Email: tseng.david@dorsey.com  
Email: janura.brian@dorsey.com  
Email: williams.leaf@dorsey.com  

Attorneys for Defendant Tee Turtle, LLC

# ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. The Complaint of Plaintiff The Pokémon Company International, Inc. against Defendant Tee Turtle, LLC is hereby dismissed with prejudice.

2. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED this 3rd day of October, 2017.

*[signature]*

Robert S. Lasnik  
United States District Judge

STIPULATION AND ORDER OF DISMISSAL  
(Case No. 2:15-cv-1419-RSL) – 2

**focal** PLLC  
900 1st Ave. S., Suite 201  
Seattle, Washington  98134  
telephone (206) 529-4827  
fax (206) 260-3966